FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Gerardo Becerra DEFENDANT(S) | CASE NUMBER 08-669 H-3 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __Friday, 3-21-08__, at __10:30__ ☒ a.m. / ☐ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __3-17-08__

_____
U.S. District Judge/Magistrate Judge